# United States Bankruptcy Court
## District of Idaho

In re **Brandon Richard Curtiss / Stephanie Anne Curtiss**
Debtor(s)

Case No. _____
Chapter **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name): **Brandon Richard Curtiss**

Does Debtor have a domestic support obligation: **X** yes _____ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: **Debtor is Self-Employed. Brandon Curtiss Real Estate Services, LLC; 2706 N. Ridge Haven Way, Meridian, ID 83646**.

Name, address and phone number for the holder of the claim of support: **Christina Lockyear. Address and Phone Number unknown and will not be disclosed to Debtor per court order**.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation:$ **N/A** per **N/A** (i.e. month, week, etc.)

Term of support obligation: from **5/1992** until **1/2013**.

Amount that the domestic support obligation is in arrears: $ **1,800.00**.

Court name and jurisdiction in which order of support was issued: **Shasta County Superior Court, 1500 Court St, Redding, CA 96001.**

Court Case No. **168098**.

Name, address and phone number of the State child support enforcement agency involved in such claim:

**Shasta County Child Support, 2600 Park Marina Dr, Redding, CA 96001; (530) 225-5300**.

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Brandon Richard Curtiss
**Brandon Richard Curtiss**
**Signature of Debtor**

February 3, 2016
Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571