# United States Bankruptcy Court
## District of Idaho

In re  **Brandon Richard Curtiss**
**Stephanie Ann Curtiss**  _____  Case No. _____
Debtor(s)                                                  Chapter   **7**

### Joint Debtor'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Joint Debtor's name (enter full name): _____**Stephanie Ann Curtiss**_____

Does Joint Debtor have a domestic support obligation: _____ yes __**X**__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Joint Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation:$_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Stephanie Ann Curtiss                                    February  3, 2016
**Stephanie Ann Curtiss**                                                   **Date**
**Signature of Joint Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571