oinctx7 (Local Form OINCTX7) (01/13)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Brandon Richard Curtiss ) | Case Number:    16−00123−TLM |
| 2706 N. Ridge Haven Way ) | |
| Meridian, ID 83646 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−2918 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Stephanie Ann Curtiss ) | |
| fka Stephanie Ann Obendorf ) | |
| 2706 N. Ridge Haven Way ) | |
| Meridian, ID 83646 ) | |
| ) | |
| Social Security No.: xxx−xx−9609 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**INCOME TAX TURNOVER ORDER**

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority, within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes returns for the preceding calendar or tax year. Be advised that this order includes returns for all prior years or periods for which returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: You are further ordered to deliver, to the trustee in this case, signed and dated copies of all tax returns, including any amended returns, which must be filed under and pursuant to the preceding paragraph. Copies of tax returns shall include any corresponding Forms W−2 and 1099.

DELIVERY OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required tax returns, failure to provide signed and dated copies of all tax returns to your trustee, or failure to turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case without further notice to you and without hearing, and/or other possible sanctions.

THE TRUSTEE ASSIGNED to your case is:

        Janine P Reynard
        POB 7506
        Boise, ID 83707

Dated: 2/4/16

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                   District of Idaho
In re:                                                              Case No. 16-00123-TLM
Brandon Richard Curtiss                                             Chapter 7
Stephanie Ann Curtiss
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0976-1          User: zspringer              Page 1 of 1           Date Rcvd: Feb 04, 2016
                              Form ID: oinctx7             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2016.
db/jdb         +Brandon Richard Curtiss,    Stephanie Ann Curtiss,    2706 N. Ridge Haven Way,
                 Meridian, ID 83646-7278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2016 at the address(es) listed below:
              Glenn William Godfrey, Jr    on behalf of Joint Debtor Stephanie Ann Curtiss
               expressbkservices@gmail.com,  glenn@idahobankruptcyrelief.com
              Glenn William Godfrey, Jr    on behalf of Debtor Brandon Richard Curtiss
               expressbkservices@gmail.com,  glenn@idahobankruptcyrelief.com
              Janine P Reynard    janine@reynardtrustee.com,  jreynard@ecf.epiqsystems.com
              US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 4