# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO
### BOISE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Brandon Richard Curtiss | § | Case No. 16-00123 |
| Stephanie Ann Curtiss | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/03/2016. The undersigned trustee was appointed on 02/03/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 2,843.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 180.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 2,663.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/15/2016 and the deadline for filing governmental claims was 11/15/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 710.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 600.00 , for a total compensation of $ 600.00 [2] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 43.47 , for total expenses of $ 43.47 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/17/2018             By: /s/Janine P. Reynard
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-00123 | TLM | Judge: | Terry L. Myers | Trustee Name: | Janine P. Reynard |
|---|---|---|---|---|---|---|
| Case Name: | Brandon Richard Curtiss | | | | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| | Stephanie Ann Curtiss | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 01/17/2018 | | | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 2009 Audi A4 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods and Furnishings | 3,460.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 1,140.00 | 0.00 | | 0.00 | FA |
| 4. Books (20) | 20.00 | 0.00 | | 0.00 | FA |
| 5. DVD Movies (10) | 20.00 | 0.00 | | 0.00 | FA |
| 6. Equipment for Sports and Hobbies | 360.00 | 0.00 | | 0.00 | FA |
| 7. Ammunition | 300.00 | 0.00 | | 0.00 | FA |
| 8. Firearm Colt AR 15 Rifle | 600.00 | 0.00 | | 0.00 | FA |
| 9. Firearm Glock 27 Handgun | 300.00 | 0.00 | | 0.00 | FA |
| 10. Personal Clothing Items | 600.00 | 0.00 | | 0.00 | FA |
| 11. Costume Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 12. Watch | 25.00 | 0.00 | | 0.00 | FA |
| 13. Wedding Band and Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 14. Dogs (2) | 50.00 | 0.00 | | 0.00 | FA |
| 15. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 16. Mountain West Bank Checking Account | 10.20 | 18.00 | | 18.00 | FA |
| 17. Mountain West Bank Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 18. Wells Fargo Bank Savings Account | 0.15 | 0.15 | | 0.00 | FA |
| 19. Brandon Curtiss Real Estate Services, LLC, 2706 N Ridge Have | 0.00 | 0.00 | | 0.00 | FA |
| 20. Curtiss Property Management, Inc. 77 E. Idaho Ave, Ste 100 M | 0.00 | 0.00 | | 0.00 | FA |
| 21. Curtiss Property Management, LLC 2706 N Ridge Haven Way Meri | 0.00 | 0.00 | | 0.00 | FA |
| 22. Liberty Property Management, 77 E. Idaho Ave, Ste 100, Merid | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-00123 | TLM | Judge: | Terry L. Myers | Trustee Name: | Janine P. Reynard |
|---|---|---|---|---|---|---|
| Case Name: | Brandon Richard Curtiss | | | | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| | Stephanie Ann Curtiss | | | | 341(a) Meeting Date: | 03/10/2016 |
| For Period Ending: | 01/17/2018 | | | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 23.  IRA American Funds | 10.00 | 0.00 | | 0.00 | FA |
| 24.  The Stewart Group, LLC, Security Deposit | 1,500.00 | 0.00 | | 0.00 | FA |
| 25.  Future Tax Returns and EIC | 3,000.00 | 1,000.00 | | 1,050.00 | FA |
| 26.  Unpaid Earned Wages of Co-Debtor | 1,300.00 | 0.00 | | 0.00 | FA |
| 27.  2014 Tax Refunds   (u) | 1,775.00 | 1,775.00 | | 1,775.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $15,005.35         $2,793.15         $2,843.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

req DAS 1/1/15-2/29/16 pers & business accts
car and trailer contracts?
corp tax returns
4.15.16 Motion to Delay DC Deadline until 7/15/16 -- granted
are prop mgmt contracts assignable? prop of estate or company? sell membership interest in company?
2015 tax refunds? some exemptions apply
late filed 2012 and 2014
numerous correspondence with debtor re status of returns and refunds?
awaiting funds from debtor, funds received from co-debtor
1.17.18 TFR to UST

RE PROP #        1   --   vehicle lease
RE PROP #       25   --   2015 F 3986 (EIC 1167, ACTC 2737), S 968
RE PROP #       27   --   F 1726, S 49

Initial Projected Date of Final Report (TFR): 01/27/2017        Current Projected Date of Final Report (TFR): 01/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-00123  
Case Name: Brandon Richard Curtiss  
Stephanie Ann Curtiss  

Trustee Name: Janine P. Reynard  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5666  
Checking  

Taxpayer ID No: XX-XXX3486  
For Period Ending: 01/17/2018  

Blanket Bond (per case limit): $63,926,457.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/16 | 25 | Stephanie Curtiss<br>1465 W Deer Crest N104<br>Meridian ID 83646 | state tax refund | 1124-000 | $968.00 | | $968.00 |
| 12/07/16 | 27 | State of Idaho | 2014 state tax refund | 1224-000 | $49.00 | | $1,017.00 |
| 12/07/16 | 27 | United States Treasury | 2014 federal tax refund | 1224-000 | $1,726.00 | | $2,743.00 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,728.00 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,713.00 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,698.00 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,683.00 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,668.00 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,653.00 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,638.00 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,623.00 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,608.00 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,593.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:   $2,743.00   $150.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-00123 | Trustee Name: | Janine P. Reynard |
| --- | --- | --- | --- |
| Case Name: | Brandon Richard Curtiss | Bank Name: | Union Bank |
| | Stephanie Ann Curtiss | Account Number/CD#: | XXXXXX5666 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 01/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,578.00 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,563.00 |
| 01/08/18 | | Brandon Curtiss PO Box 46 Fruitland ID 83619 | nonexempt tax refund money | | $100.00 | | $2,663.00 |
| | | | Gross Receipts     $100.00 | | | | |
| | 16 | | Mountain West Bank Checking Account     $18.00 | 1129-000 | | | |
| | 25 | | Future Tax Returns and EIC     $82.00 | 1124-000 | | | |

|  |  | COLUMN TOTALS | $2,843.00 | $180.00 |
| --- | --- | --- | --- | --- |
|  |  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  |  | Subtotal | $2,843.00 | $180.00 |
|  |  | Less: Payments to Debtors | $0.00 | $0.00 |
|  |  | Net | $2,843.00 | $180.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $100.00          $30.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5666 - Checking | $2,843.00 | $180.00 | $2,663.00 |
|  | $2,843.00 | $180.00 | $2,663.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,843.00 |
| Total Gross Receipts: | $2,843.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-00123-TLM  
Debtor Name: Brandon Richard Curtiss  
Claims Bar Date: 11/15/2016  

Date: January 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Janine P. Reynard<br>1655 W. Fairview Ave., Suite 110<br>Boise, ID  83702 | Administrative | | $0.00 | $600.00 | $600.00 |
| 100 2200 | Janine P. Reynard<br>1655 W. Fairview Ave., Suite 110<br>Boise, ID  83702 | Administrative | | $0.00 | $43.47 | $43.47 |
| 1 300 7100 | Les Schwab Tire Centers of Boise, Inc<br>P.O. Box 5350<br>Bend, OR 97708 | Unsecured | jrey ok | $0.00 | $676.84 | $676.84 |
| 2 300 7100 | Martinique Properties, LLC<br>Steven Harris<br>851 E Martinque Drive<br>Meridian, ID 83642 | Unsecured | Amended Judgment -- jrey ok | $0.00 | $22,350.00 | $22,350.00 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | old debt? last payment 10/2008; obj to POC (Doc 73); POC withdrawn (Doc 77); objection withdrawn (Doc 78) -- jrey | $0.00 | $0.00 | $0.00 |
| 4 300 7100 | Potlatch #1 Federal Credit Union<br>PO Box 897<br>Lewiston, ID 83501 | Unsecured | debt re 2009, rec'd zero in Ch 13; old debt. obj to POC (Doc 74); Order sustaining objection (Doc 81) -- jrey ok | $0.00 | $18,277.87 | $0.00 |
| 5 300 7100 | Potlatch #1 Federal Credit Union<br>PO Box 897<br>Lewiston, ID 83501 | Unsecured | jrey ok | $0.00 | $5,016.52 | $5,016.52 |
| 6 300 7100 | Children's Denistry of Idaho<br>349 W Iowa Ave<br>Nampa, ID 83686 | Unsecured | jrey ok | $0.00 | $1,082.47 | $1,082.47 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-00123-TLM  
Debtor Name: Brandon Richard Curtiss  
Claims Bar Date: 11/15/2016  

Date: January 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Bonneville Billing & Collections Inc.<br>P.O. Box 191053<br>Boise, ID 83719 | Unsecured | re Idaho Urologic Institute -- jrey ok | $0.00 | $2,691.44 | $2,691.44 |
| 8<br>300<br>7100 | St. Luke's Health System<br>P.O. Box 2578<br>Boise, ID 83701 | Unsecured | jrey ok | $0.00 | $17,920.06 | $17,920.06 |
| 9<br>300<br>7100 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA, 19355-0701 | Unsecured | CC, old debt, obj to POC (Doc 75); Order sustaining objection (Doc 82) -- jrey ok | $0.00 | $2,490.95 | $0.00 |
| 10<br>300<br>7100 | Collection Bureau Inc<br>P.O. Box 1219<br>Nampa, ID 83653 | Unsecured | various medical debts; includes one post-petition debt re Ultra Clean Inc, 8.24.17 vmm re claimant to amend POC to reduce by 188.01; POC amended -- jrey | $0.00 | $0.00 | $0.00 |
| 10-2<br>300<br>7100 | Collection Bureau Inc<br>P.O. Box 1219<br>Nampa, ID 83653 | Unsecured | various medical debts; Amended POC removing postpetition debt -- jrey ok | $0.00 | $6,012.19 | $6,012.19 |
| 11<br>300<br>7100 | Advantage Financial Services LLC<br>10 S. Cole Road<br>Boise, ID 83709 | Unsecured | re Gem State, Boise Radiology, Anytime Fitness -- jrey ok | $0.00 | $1,360.47 | $1,360.47 |
| 12<br>400<br>4210 | Northwest Leasing of Boise, ID<br>P.O. Box 7247<br>Boise, ID 83707 | Secured | re Lease of 2015 Open Range Trailer; filed as fully secured, ttee did not liquidate collateral -- jrey ok | $0.00 | $36,280.89 | $0.00 |
| | Case Totals | | | $0.00 | $114,803.17 | $57,753.46 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-00123
Case Name: Brandon Richard Curtiss
             Stephanie Ann Curtiss
Trustee Name: Janine P. Reynard

Balance on hand $ 2,663.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Northwest Leasing of Boise, ID | $ 36,280.89 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 2,663.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Janine P. Reynard | $ 600.00 | $ 0.00 | $ 600.00 |
| Trustee Expenses: Janine P. Reynard | $ 43.47 | $ 0.00 | $ 43.47 |

Total to be paid for chapter 7 administrative expenses  $ 643.47

Remaining Balance  $ 2,019.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,109.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Les Schwab Tire Centers of Boise, Inc | $ 676.84 | $ 0.00 | $ 23.93 |
| 2 | Martinique Properties, LLC | $ 22,350.00 | $ 0.00 | $ 790.34 |
| 3 | Discover Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Potlatch #1 Federal Credit Union | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Potlatch #1 Federal Credit Union | $ 5,016.52 | $ 0.00 | $ 177.39 |
| 6 | Children's Denistry of Idaho | $ 1,082.47 | $ 0.00 | $ 38.28 |
| 7 | Bonneville Billing & Collections Inc. | $ 2,691.44 | $ 0.00 | $ 95.18 |
| 8 | St. Luke's Health System | $ 17,920.06 | $ 0.00 | $ 633.69 |
| 9 | American Express Centurion Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Collection Bureau Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 10-2 | Collection Bureau Inc | $ 6,012.19 | $ 0.00 | $ 212.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Advantage Financial Services LLC | $ 1,360.47 | $ 0.00 | $ 48.12 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,019.53 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE